PEOPLE V MCDANIEL, No. 151792; Court of Appeals No. 326070. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Kent Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant.

NOTTINGHAM VILLAGE CONDOMINIUM ASSOCIATION V PENSOM, No. 151874; Court of Appeals No. 319552. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals judgment that remands for an evidentiary hearing to determine reasonable attorney fees and costs due the defendants. The Court of Appeals does not provide authority for awarding attorney fees and costs to the defendants. This order is without prejudice to the defendants seeking in Wayne Circuit Court any attorney fees and costs to which they might be entitled. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

PEOPLE V HAMAD, No. 151925; Court of Appeals No. 326038. By order of November 24, 2015, the prosecuting attorney was directed to answer the application for leave to appeal the May 15, 2015 order of the Court of Appeals, and the defendant was invited to file a supplemental brief. On order of the Court, the answer and supplemental brief having been received, the application for leave to appeal is again considered. The defendant's conditional guilty plea was agreed to by the prosecution and accepted by the trial court on the record. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Kent Circuit Court for further proceedings consistent with the terms of the plea and with this Court's decision in *People v Hartwick*, 498 Mich 192 (2015). We do not retain jurisdiction.